CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 0 6 2009

JOHN F. CORCORAN, CLERK
BY: /s/ S. Sauler
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| JAMES BOYD, | ) |
|     Plaintiff, | ) Civil Action No. 7:09cv00134 |
| | ) |
| v. | ) **FINAL ORDER** |
| | ) |
| HAMILTON, | ) By: Samuel G. Wilson |
|     Defendant. | ) United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ADJUDGED AND ORDERED** that Boyd's complaint is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. §1915(g), his motion to proceed in forma pauperis is **DENIED**, and this case will be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send certified copies of this Order and accompanying Memorandum Opinion to plaintiff.

**ENTER**: This 6th day of May, 2009.

/s/ Samuel G. Wilson
United States District Judge